# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## *Hearing Information:*

**Debtor:** SONIA NOEMI FLORES RIOS
**Case Number:** 08-06050-ESL13            **Chapter:** 13
**Date / Time / Room:** 8/2/2011 9:00 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MILLY GRACIA
**Reporter / ECR:**    CARLOS APONTE

## *Matter:*

Doc# 38 Motion for Relief From Stay Under 362 filed by Banco Vizcaya Argentaria
Doc# 43 Debtor's reply

## *Appearances:*

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO
MARIA S JIMENEZ MELENDEZ

## *Proceedings:*

ORDER:

_____ Upon debtor(s)' failure to:_____ oppose;_____ appear at the hearing scheduled for this date;_____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

_____ Debtor shall provide adequate protection to movant by:
_____curing the arrears within _____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

_____ Parties are granted _____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

_____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

_____ Movant's application to withdraw the motion is hereby granted.

_____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge