```
                         United States Bankruptcy Court
                              District of Puerto Rico
In re:                                                                        Case No. 08-06050-ESL
   SONIA NOEMI FLORES RIOS                                                    Chapter 13
         Debtor                        CERTIFICATE OF NOTICE
District/off: 0104-3           User: graciam                Page 1 of 1        Date Rcvd: Aug 02, 2011
                               Form ID: pdf003              Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 04, 2011.
db        +SONIA NOEMI FLORES RIOS,   PMB 375,   PO BOX 4956,   CAGUAS, PR 00726-4956
cr         BANCO BILBAO VIZCAYA ARGENTARIA,    MONTANEZ ALICEA LAW OFFICES,   500 MUNOZ RIVERA AVE,
            EL CENTRO I 211-214,   HATO REY, PR  00918

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 04, 2011**                     **Signature:**      *Joseph Speetjens*

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

## Minute Entry

### Hearing Information:

**Debtor:** SONIA NOEMI FLORES RIOS
**Case Number:** 08-06050-ESL13  **Chapter:** 13
**Date / Time / Room:** 8/2/2011 9:00 AM eslcrt2
**Bankruptcy Judge:** ENRIQUE S. LAMOUTTE
**Courtroom Clerk:** MILLY GRACIA
**Reporter / ECR:** CARLOS APONTE

### Matter:

Doc# 38 Motion for Relief From Stay Under 362 filed by Banco Vizcaya Argentaria
Doc# 43 Debtor's reply

### Appearances:

JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO
MARIA S JIMENEZ MELENDEZ ✓

### Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____ make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

__X__ Debtor shall provide adequate protection to movant by:
__X__ curing the arrears within 30 days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge